In the Matter of the Accounting of JAMES S. MENG, as Executor of HENRY BISCHOFF, Deceased, Respondent and Appellant.

ELIZABETH BISCHOFF, Appellant and Respondent; MORGAN J. O'BRIEN, JR., as Special Guardian, Respondent.

(Submitted January 5, 1920; decided January 13, 1920.)

Motions by James S. Meng, as xecutor, and by Annie L. Meng for re-argument each denied, with ten dollars costs and necessary printing disbursements. (See 227 N. Y. 264.)

———————

SUSIE V. HOLLENDER, as Administratrix with the Will Annexed of JOHN A. GOODENOUGH, Deceased, Appellant, *v.* FREDERICK H. WALLACE, as Administrator of CHRISTOPHER D. WALLACE, Deceased, Respondent.

(Submitted January 5, 1920; decided January 13, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 227 N. Y. 614.)

———————

In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY, Respondent, for a Writ of Mandamus against THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT.

THE CITY OF BUFFALO, Appellant.

(Submitted January 5, 1920; decided January 13, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 226 N. Y. 474.)

———————

WILLIAM J. SCHIEFFELIN, Respondent, *v.* JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, et al., Appellants.

(Submitted January 5, 1920; decided January 13, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 227 N. Y. 593.)